**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SALINA BARR**                                                    **PLAINTIFF**

**v.**                          **No. 3:26-cv-00053-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                  **DEFENDANT**

**<u>ORDER</u>**

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED.

Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will

notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules

for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 11 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE