**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SALINA BARR** **PLAINTIFF**

**v.** **No. 3:26-cv-00053-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner** **DEFENDANT**

# ORDER

Defendant's unopposed motion to reverse and remand (*Doc. 12*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 26 August 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE